IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PABLO A. DAMIANI, | § | |
| | § | |
| Plaintiff Below, | § | No. 105, 2015 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| GEORGE GILL, | § | in and for New Castle County |
| | § | C.A. No. N14C-05-186-ALR |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: May 8, 2015
Decided: July 14, 2015

Before **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices.

## **O R D E R**

This 14th day of July 2015, after careful consideration of the parties' briefs and the record on appeal, we find it manifest that the Superior Court's granting of summary judgment in favor of the appellee, George Gill, should be affirmed on the basis of the Superior Court's well-reasoned opinion dated January 28, 2015. As to the argument of the appellant, Pablo A. Damiani, that he was unable to name or serve the guards identified as John Doe #1 and John Doe #2 in his complaint because the Department of Correction did not respond to his inquiries, there is no indication that Damiani ever served any discovery upon Gill or any non-parties to obtain this information. Although *pro se* litigants are afforded some leniency in presenting their cases, "[t]here is no different set of rules for *pro se* plaintiffs, and

the trial court should not sacrifice the orderly and efficient administration of justice to accommodate the unrepresented plaintiff."[1]  The Superior Court did not err in dismissing the claims against the John Doe defendants.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice

---

[1] *Draper v. Med. Ctr.*, 767 A.2d 796, 799 (Del. 2001).

2